UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VICTORIA SMITH | CIVIL ACTION NO. 19-cv-1341 |
| VERSUS | JUDGE JUNEAU |
| GEOVERA INSURANCE CO ET AL | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that GeoVera's Motion to Sever and Drop Claims [Doc. 5] is **DENIED.** IT IS FURTHER ORDERED that the plaintiff's Motion to Remand [Doc. 11] is **GRANTED**, and this matter is remanded to the 16th Judicial District Court for the Parish of Iberia.

**IT IS FURTHER ORDERED** that the **hearing** with oral argument by telephone set for on July 1, 2020 at 1:00 p.m. is hereby **CANCELED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of June, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE